Dismissed and Memorandum Opinion filed May 21, 2009








Dismissed
and Memorandum Opinion filed May 21, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00230-CV

____________

 

LORNA ANN SIMS,
Appellant

 

V.

 

BRANDON LEE DUROUSSEAU,
Appellee

 



 

On Appeal from the Probate Court
No. 4

Harris County, Texas

Trial Court Cause No.
376,930

 



 

M E M O R
A N D U M  O P I N I O N

This
appeal is from a judgment signed December 10, 2008.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  








On April
20, 2009, notification was transmitted to all parties of the Court's intent to
dismiss the appeal for want of prosecution unless, within fifteen days,
appellant paid or made arrangements to pay for the record and provided this
court with proof of payment.  See Tex.
R. App. P. 37.3(b).

Appellant
has not provided this court with proof of payment for the record. Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Anderson, Guzman, and
Boyce.